USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA

   - v. -

MACK DOUDU,

                       Defendant.
-----------------------------------------------------------------------X

20 mj 2797(VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the Arraignment currently scheduled for Tuesday, September 15, 2020 at 10:30 a.m., will now be held in Courtroom 443, 40 Foley Square.

SO ORDERED:

Dated:   New York, New York
         September 14, 2020

_____
VALERIE CAPRONI
United States District Judge